AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
| v. | ) |
| | ) Case No. 11-30012-MAP |
| David Santa | ) |
| Defendant | ) |

FILED by _____ D.C.
MAY 09 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ARREST WARRANT    11-8139-AEV

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)       David Santa       ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

(1) Conspiracy to Distribute Cocaine Base 21 U.S.C. § 846;
(2) Felon in Possession of Firearm and Ammunition 18 U.S.C. § 922(g)(1).

Date: April 7, 2011

_____
Issuing officer's signature

MICHAEL A. PONSOR USDJ
Printed name and title

City and state:  Springfield, Massachusetts

### Return

This warrant was received on (date) _____, and the person was arrested on (date) _____
at (city and state) _____.

Date: _____

_____
Arresting officer's signature

_____
Printed name and title

FID # 708197

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>v. )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>1) DAVID SANTA, and )<br>2) PEDRO POMALES, )<br>    Defendants. ) | Criminal No. 11-30012-MAP<br><br>21 U.S.C. § 846 (Conspiracy to Distribute and Possess with Intent to Distribute Cocaine Base)<br>(Count One)<br><br>21 U.S.C. § 841 (Possession with Intent to Distribute Cocaine Base)<br>(Count Two)<br><br>18 U.S.C. § 922(g)(1)(Felon in Possession of Firearms and Ammunition)<br>(Counts Three and Four)<br><br>18 U.S.C. § 924(c)(Carrying and Possession of a Firearm During and in Relation to and in Furtherance of a Drug Trafficking Crime)<br>(Count Five)<br><br>18 U.S.C. § 2 (Aiding and Abetting)(Counts Two to Five) |

INDICTMENT

The Grand Jury charges that:

COUNT ONE:   Title 21, United States Code Section 846:
               Conspiracy to Distribute and Possess with Intent
               to Distribute Cocaine Base

1.   From a time unknown to the Grand Jury, and continuing thereafter until on or about September 30, 2010, in Hampden County, in the District of Massachusetts,

1

          1) DAVID SANTA, and
          2) PEDRO POMALES,

the defendants herein, did knowingly and intentionally combine, conspire, confederate and agree with each other and others unknown to the grand jury to commit an offense against the United States, namely, to knowingly and intentionally distribute and possess with intent to distribute a mixture or substance containing a detectable amount of cocaine base in the form of crack cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

    All in violation of Title 21, United States Code, Section 846.

COUNT TWO:       Title 21, United States Code, Section 841:
                 Possession with Intent to Distribute Cocaine Base;
                 Title 18, United States Code, Section 2: Aiding
                 and Abetting

On or about September 30, 2010, in Hampden County, in the District of Massachusetts,

2) PEDRO POMALES,

the defendant herein, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base in the form of crack cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

<u>COUNT THREE</u>:     Title 18, United States Code, Section 922(g)(1):
Possession of a Firearm and Ammunition in
Interstate Commerce by a Previously Convicted
Felon; Title 18, United States Code, Section 2:
Aiding and Abetting

On or about September 30, 2010, in Hampden County, in the District of Massachusetts,

1) DAVID SANTA,

the defendant herein, did knowingly possess a firearm and ammunition, to wit:

> a Sig Sauer, model 226, 9mm handgun, bearing serial number U450777; and, approximately 13 rounds of 9mm ammunition;

in and affecting commerce, after having been convicted in a court of a crime punishable by imprisonment for a term in excess of one year.

All in violation of Title 18, United States Code, Section 922(g)(1) and Title 18, United States Code, Section 2.

4

<u>COUNT FOUR</u>:  Title 18, United States Code, Section 922(g)(1):
Possession of a Firearm and Ammunition in
Interstate Commerce by a Previously Convicted
Felon; Title 18, United States Code, Section 2:
Aiding and Abetting

On or about September 30, 2010, in Hampden County, in the District of Massachusetts,

2) PEDRO POMALES,

the defendant herein, did knowingly possess a firearm and ammunition, to wit:

> a Beretta, model 1919, .25 caliber handgun, bearing
> serial number 194916; and, approximately 5 rounds of
> .25 caliber ammunition;

in and affecting commerce, after having been convicted in a court of a crime punishable by imprisonment for a term in excess of one year.

All in violation of Title 18, United States Code, Section 922(g)(1) and Title 18, United States Code, Section 2.

COUNT FIVE:    Title 18, United States Code, Section 924(c)(1)(A): Carrying and Possession of a Firearm During and in Relation to, and in Furtherance of, Drug Trafficking Crimes; Title 18, United States Code, Section 2: Aiding and Abetting

On or about September 30, 2010, in Hampden County, in the District of Massachusetts,

2) PEDRO POMALES,

the defendant herein, during and in relation to drug trafficking crimes, to wit:

conspiracy to distribute and possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base in the form of crack cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 846, as charged in Count One of this Indictment; and

possession with intent to distribute a mixture and substance containing a detectable amount of cocaine base in the form of crack cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), as charged in Count Two of this Indictment;

did knowingly and intentionally use and carry a firearm, to wit:

a Beretta, model 1919, .25 caliber handgun, bearing serial number 194916,

and did knowingly possess such firearm in furtherance of such drug trafficking crimes.

In violation of Title 18, United States Code, Section

924(c)(1)(A) and Title 18, United States Code, Section 2.

<u>DRUG FORFEITURE ALLEGATION</u>: (21 U.S.C. § 853)

The Grand Jury further charges that:

1.  Upon conviction of the offenses alleged in Counts One and Two of this Indictment,

> 1) DAVID SANTA, and
> 2) PEDRO POMALES,

defendants herein, shall forfeit to the United States (jointly and severally as to Count One) any and all property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of the offenses, and any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses.

2.  If any of the properties described in paragraph 1, above, as a result of any act or omission of the defendants –

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

GUN FORFEITURE ALLEGATION:
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

The Grand Jury further charges that:

1. Upon conviction of one or more of the offenses alleged in Counts Three through Five of this Indictment,

> 1) DAVID SANTA, and
> 2) PEDRO POMALES,

defendant herein, shall forfeit to the United States all firearms and ammunition involved in the commission of the offense.

2. If any of the property described in paragraph 1, above, as a result of any act or omission of the defendant –

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred or sold to, or deposited with, a third party;

   (c) has been placed beyond the jurisdiction of the Court;

   (d) has been substantially diminished in value; or

   (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated in Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the property described in paragraph 1.

All in violation of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
Foreperson of the Grand Jury

*[signature]*
Todd E. Newhouse
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS:

    Returned into the District Court by the Grand Jurors and filed on April 7, 2011.

*[signature]*
Deputy Clerk of Court

I hereby certify on 5/6/11 that the foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☐ electronically filed original filed on _____
☒ original filed in my office on 4/7/11

Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts

By: *[signature]*
Deputy Clerk